MCC4795
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
Attorney for Debtors



Order Filed on September 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                           Chapter **13**

Case No.: **12-22194 (MBK)**

**Leonardo & Eunices Garcia**

Hearing Date:

### ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: September 29, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):    **Leonardo & Eunices Garcia**
Case No.:    **12-22194 (MBK)**
Caption of Order:    **Order Approving Post-Petition Financing**


THIS MATTER having come before the Court on the Debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

**ORDERED** that the Debtor be and hereby is authorized to enter into post petition financing for the purpose of paying off their Chapter 13 bankruptcy pursuant to the terms outlined in the debtor's certification in support of this motion;  and it is further

**ORDERED** that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

**ORDERED** that the debtor shall:

  X      Satisfy all Plan obligation from financing proceeds

\_\_\_\_      Continue to make payments under the Plan as proposed or confirmed

\_\_\_      Modify the Plan as follows:

**ORDERED** that debtor's counsel shall be allowed a legal fee of **$500.00** for representation in connection with this motion, which is to be paid (choose one):

    \_\_\_  at closing    **\_\_\_**  through the plan   X   outside the plan;

(Page 3)

Debtor(s):      **Leonardo & Eunices Garcia**
Case No.:       **12-22194 (MBK)**
Caption of Order:    **Order Approving Post-Petition Financing**


and it is further


**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,


____      is applicable      _X_      is not applicable


**ORDERED** that the following other provisions apply: