MCC4795
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
Attorney for Debtors

**Order Filed on September 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:           Chapter **13**

Case No.: **12-22194 (MBK)**

**Leonardo & Eunices Garcia**

Hearing Date:

**ORDER APPROVING POST-PETITION FINANCING**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: September 29, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):  **Leonardo & Eunices Garcia**
Case No.:  **12-22194 (MBK)**
Caption of Order:  **Order Approving Post-Petition Financing**

THIS MATTER having come before the Court on the Debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

**ORDERED** that the Debtor be and hereby is authorized to enter into post petition financing for the purpose of paying off their Chapter 13 bankruptcy pursuant to the terms outlined in the debtor's certification in support of this motion; and it is further

**ORDERED** that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

**ORDERED** that the debtor shall:
_X_    Satisfy all Plan obligation from financing proceeds
___    Continue to make payments under the Plan as proposed or confirmed
___    Modify the Plan as follows:

**ORDERED** that debtor's counsel shall be allowed a legal fee of **$500.00** for representation in connection with this motion, which is to be paid (choose one):

___ at closing      ___ through the plan      _X_ outside the plan;

(Page 3)

Debtor(s):      **Leonardo & Eunices Garcia**
Case No.:       **12-22194 (MBK)**
Caption of Order:    **Order Approving Post-Petition Financing**

and it is further

**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

___    is applicable        _X_    is not applicable

**ORDERED** that the following other provisions apply:

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 12-22194-MBK
Leonardo A. Garcia                                                            Chapter 13
Eunises D. Garcia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 29, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
db/jdb         Leonardo A. Garcia,   Eunises D. Garcia,   412 Welstead Way,   Keyport, NJ   07735-5425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Marc C. Capone    on behalf of Joint Debtor Eunises D. Garcia mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Leonardo A. Garcia mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                             TOTAL: 7