Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–22194–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Leonardo A. Garcia
aka Leo Garcia
412 Welstead Way
Keyport, NJ 07735–5425

Eunises D. Garcia
aka Eunice D Garcia
412 Welstead Way
Keyport, NJ 07735–5425

Social Security No.:
 xxx–xx–0757                                                  xxx–xx–3755

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 20, 2016             Michael B. Kaplan
                                     Judge, United States Bankruptcy Court